Petri Valauskis, appellee, v. The Crane and Moreland Real Estate Improvement Company et al., defendants, on appeal of Stock Yards Trust & Savings Bank et al., appellants. Gen. No. 36,629.

Opinion filed March 22, 1933.

Kirkland, Fleming, Green & Martin, for appellants; Carl Lloyd and William Wilson, of counsel. Pines, Morse & Stein and John B. Borden, for appellee; Clarence T. Morse, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Philip Popovich, appellee, v. Atlantic & Pacific Stages, Inc. William J. Popper, appellant. Gen. No. 36,567.

Opinion filed March 22, 1933.

William J. Popper, for appellant. Earl J. Walker, for appellee.

Mr. Presiding Justice Wilson delivered the opinion of the court.

The People of the State of Illinois ex rel. Josephine Mahnke, defendant in error, v. Viola Nowicki, intervening petitioner, plaintiff in error. Gen. No. 36,617.

Opinion filed March 22, 1933.

P. T. Harrington, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error.

Mr. Presiding Justice Wilson delivered the opinion of the court.